# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 16-00110-01-CR-W-DGK |
| JAMES E. EVERETT, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION

On July 25, 2016, United States Magistrate Judge Robert E. Larsen ordered Defendant to undergo a psychological examination (Doc. 21). Defendant was examined by Dr. David Szyhowski, who prepared a report dated October 12, 2016. A competency hearing was held before Judge Robert E. Larsen on November 9, 2016.

On November 17, 2016, Judge Larsen entered a "Report and Recommendation," recommending that Defendant be declared competent to stand trial. No objections were filed by the parties. Therefore, after making an independent, de novo review of the record and applicable law, it is

ORDERED that the "Report and Recommendation" of Magistrate Judge Larsen is adopted in its entirety. This Court finds that Defendant is competent to understand the nature and consequences of the proceedings against him, to assist properly in his defense, and to stand trial.

**IT IS SO ORDERED.**

                                                        /s/ Greg Kays
                                                        GREG KAYS, CHIEF JUDGE
                                                        UNITED STATES DISTRICT COURT

Date: December 14, 2016