IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16-CR-00110-1-BCW |
| | ) | |
| JAMES E. EVERETT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Larsen's Report and Recommendation (Doc. #62), granting Defendant James E. Everett, Jr.'s Motion to Suppress Evidence (Doc. #35) and granting in part and denying in part Defendant's Supplemental Motion to Suppress Evidence (Doc. #46). The Government and Defendant each filed objections to the Report and Recommendation. (Docs. #70 & #71). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate Judge Larsen's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED Defendant's Motion to Suppress (Doc. #35) is GRANTED. It is further

ORDERED Defendant's Supplemental Motion to Suppress (Doc. #46) is GRANTED IN PART and DENIED IN PART. The motion is granted with respect to the referenced statements, but denied with respect to the gun itself. It is further

ORDERED Magistrate Judge Larsen's Report and Recommendation (Doc. #62) is ADOPTED and shall be attached to and made part of this order.

IT IS SO ORDERED.

DATED: <u>March 28, 2017</u>         /s/ Brian C. Wimes
                                     JUDGE BRIAN C. WIMES
                                     UNITED STATES DISTRICT COURT